■ Wachovia Dealer Services, Inc., Formerly Known as WFS Financial, Inc., Respondent, v James L. Hardee, Appellant, et al., Defendant. [908 NYS2d 381]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered October 13, 2009. The order granted plaintiff's motion for judgment against defendants.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Peradotto, Green and Gorski, JJ.

■ Thomas J. Trzaska et al., Appellants, v Allied Frozen Storage, Inc., Defendant. W.C.S. of New York, Inc., Respondent. (Appeal No. 2.) [907 NYS2d 902]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered October 6, 2009. The order denied the motion of plaintiffs to sever workers' compensation claims from their personal injury action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Peradotto, Green and Gorski, JJ.